## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHER DISTRICT

Jeffery Haynes,
    *Plaintiff,*

v.

Maric Avant,
James Volpelletto,
Brian Babcock,
James Foster,
Chester Merrill,
Lan Porteus,
Cameron Short,
Junior Garlobo,
Albert Scarpati, Individually,
    *Defendant.*

_____/

FILED BY ___PG___ D.C.

**JAN 05 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI



**Legal Mail**
Provided to
Blackwater River Correctional
and Rehabilitation Facility
on _____ for mailing. _____
Initials

## "COMPLAINT FOR DAMAGES"

1) This is an action for damages under 42 U.S.C. § 1983 and 1988

2) This court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3) Venue is asserted in the Southern District of Florida, Southern Division because same Defendants are found, and same causes of action arose, here.

4) Plaintiff Jeffery Haynes is a (Former Prisoner) of the Florida Department of Corrections at Martin Correctional Institution.

5) At all times material hereto, Defendant James Volpelletto was a sergeant at Martin Correctional Institution. He is sued individually.

6) At all times material hereto, Defendant Brian Babcock was an officer at Martin's Correctional Institution. He is sued individually.

7) At all times material hereto, Defendant James Foster was an officer at Martin Correctional Institution, he is sued individually.

8) At all times material hereto, Defendant Chester Merrill was a sergeant at Martin Correctional Institution, he is sued individually.

9) At all times material hereto, Defendant Lan Porteaus was an officer at Martin Correctional Institution. He is sued individually.

10) At all times material hereto, Defendant Cameron Short was an Officer at Martin Correctional Institution. He is sued individually.

11) At all times material hereto, Defendant Junior Garlobo was a Sergeant at Martin Correctional Institution. He is sued individually.

12) At all times material hereto, Defendant Albert Scarpati was a captain at Martin Correctional Institution. He is sued individually.

13) All individual Defendant's named above acted under color state law and within the course and scope of their employment.

## "COMMON ALLEGATIONS OF FACTS"

14) Plaintiff Jeffery Haynes was formerly committed to the care and custody of the Florida Department of Corrections (F.D.O.C.).

15) Plaintiff was housed in F-Dorm at Martin Correctional Institution.

2

16) On the evening of May 17, 2018, at approximately 7:00 pm, Defendant Sergeant Garlobo gave Plaintiff permission to go to C-Dormitory.

17) Plaintiff walked up to C-Dormitory.

18) Officer Marie Avant, a T.A., John Doe was outside of C-Dorm at the time also.

19) Officer Marie Avant asked Plaintiff, "Why do you act like you know me? Because Officer Marie Avant was aware that both she and Plaintiff are from the same city, Ft. Pierce. To which Plaintiff replied "get out of my face," due to the fact that Officer Marie Avant had encroached into Plaintiff's personal space during the conversation.

20) Avant responded by throwing a punch at Plaintiff and stated, I'm going to have you killed."

21) Avant went into C-Dorm officer station.

22) Shortly after, Defendant Garlobo runs up to Plaintiff and applied chemical agent directly into Plaintiff's face without warning, nor any other commands. Defendant Officer Short slammed Plaintiff to the ground and Plaintiff submitted to hand restraints without resistance.

While Plaintiff was subdued, additional officers arrived at the scene, Defendants Volpelletto, Babcock, Foster, Merrill, Porteaus, Short, and Scrarpati.

3

23) Defendant Sergeant Junior Garlobo restrained Plaintiff by sitting on his back while he was in a prone position in hand restraints.

24) Defendants Short, Porteaus, Volpelleto, Babcock, Foster, and Merrill took turns assaulting the Plaintiff by kicking him, using their radios as a weapon to violently beat Plaintiff repeatedly, striking the Plaintiff with that hard steel radio and closed fist repeatedly.

25) Captain Scarpati did not physically participate in the assault or order his officers to stop the brutal assault. "He failed to intervene!"

26) Exterior cameras with a visual of the area in front of C-dormitory at Martin Correctional Institution will show this incident transpiring.

27) Officer Wilkson also arrived to the scene from a dorm who witnessed this incident transpiring.

The physical assault continued until the Plaintiff was unconscious.

28) The Plaintiff sat in hand restraints for approximately 20 minutes.

29) After the physical attack Plaintiff was placed in confinement cell for 4 hours, then shipped to Charlotte C.I. without being granted medical attention.

30) Plaintiff arrived at Charlotte Correctional Institution at 1:00 AM on May 18, 2018 and was informed by the nursing staff that the facility doctor would evaluate him when the doctor arrives to work later on that day.

4

31) At approximately 10 AM, Captain Bush at Charlotte C.I. escorted Plaintiff to the doctor's office.

Due to the severity of Plaintiff's physical condition, Plaintiff was taken to the outside hospital, based on the facility doctor's recommendation.

32) M.R.I. was taken of the Plaintiff's head and his left eye was swollen shut and sustained permanent damages due to the blunt force trauma sustained Plaintiff from the attack.

33) Medical records will show the physical injuries that was sustained by Plaintiff.

During all this above, Haynes never attacked or harmed any officer.

34) Photo grasp will show horrific injuries to Haynes face. Haynes still has observable scarring near his mouth from the blows.

35) Haynes still suffers emotional distress in recalling the physical abuse.

36) **"CAUSES OF ACTION"**

37) Plaintiff is entitled to relief against Defendant's Garlobo, Short, Foster, Porteous, and Babcock, Merrill, Volpelletto, Scarpati for violation of the Eighth Amendment to the U.S. Constitution as a result of the physical abuse sustained by Plaintiff at their hands.

38) Garlobo, Short, Foster, Porteous, Babcock, Merrill, Volpelletto, Avant and Scarpati each "Failed to Intervene" to prevent the abuse, inflicted by the other, though each had the ability to do so.

39) Each of the officers inflicted significant injuries on Plaintiff.

40) At the time of the physical abuse, Plaintiff was cuffed and choking on chemicals, was compliant with commands and represented no threat.

41) The misconduct on the Defendants was under color of State law by State actors, within the course and scope of their employment.

42) As a direct and proximate result of the wrongful acts alleged above, Plaintiff suffered bodily injury, pain and suffering disability, aggravation of humiliation, and mental anguish. These injuries are continuing and Plaintiff will suffer such losses in the future.

43) Plaintiff is entitled to punitive damages against Defendants individually named.

44) Entitled to an award of attorney fees and costs, wherefore, Plaintiff seeks relief as noted below.

45)                    **"PRAYER FOR RELIEF"**

A. Compensatory damages against Defendants sued individually.

B. Nominal damages for injuries that qualify as "De Minimis."

C. Punitive damages Defendants sued individually.

D. Attorney fees pursuant to 42 U.S.C. 1988 and cost of litigation.

E. Post-judgement interest

F. A trial by jury on all issues.

G. Such other relief as justice may requires.

H. Award compensatory damages in the following amount:

1) $100,000 jointly and severally against defendants Marie Avant, James Volpelletto, Brian Babcock, Albert Scarpati, James Foster, Chester Merrill, Lad Porteous, Cameron Short, Junior Garlobo for the physical and emotional injuries sustained as a result of the Plaintiff's beating.

Respectfully Submitted
Jeffery Haynes

United States District Court                          General Civil Case Filing Requirements
Southern District of Florida

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Jeffery L. Haynes JR

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Albert scarPati, JuNioR GARLobo,
cAMeRoN sHort, BRian babcock, Marie Avent
James volPenetto, James Foster, chester merril

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

Complaint for Violation of Civil
Rights
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes   ☐ No
*(check one)*

---

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to
proceed in *forma pauperis.*

United States District Court                                    General Civil Case Filing Requirements
Southern District of Florida

# Attachment I – Instructions/Complaint Under Civil Rights Act

**Instructions for Filing a
Complaint for Violation of Civil Rights
(Prisoner Complaint)**

This packet includes three forms:
- Complaint for Violation of Civil Rights (Prisoner Complaint)
- Application to Proceed Without Prepayment of Fees or Costs (Short and Long Form)

To start an action, you must file:
- Original, signed complaint.
- One copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you must file the original complaint plus two copies.  You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- Filing fee of $400.00 or an Application to Proceed Without Prepayment of Fees/Costs.

Return the above to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil).  As the plaintiff, you must sign and swear to the accuracy of the information in the complaint.  If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be filed in this Court only if one or more of the named defendants are located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue. Your complaint must provide the facts; you should not include legal arguments or citations.

United States District Court                          General Civil Case Filing Requirements
Southern District of Florida

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                _Jeffery  L.  Haynes  J.R_

All other names by which you have been known:

_____

ID Number           _K-72806_
Current Institution  _black water correctional_
Address             _5914  Jeff Ates  Road_
                    _Milton, FLoRidA  32583_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether
the defendant is an individual, a government agency, an organization, or a
corporation.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  For an individual defendant, include the person's
job or title (if known) and check whether you are bringing this complaint against
them in their individual capacity or official capacity, or both.  Attach additional
pages if needed.

Defendant No. 1

Name                _Albert  scaRPati_
Job or Title        _CAPtiN_
(if known)
Shield Number       _____
Employer            _MARtiN  correctional  Institution_
Address             _1150  s.w  AllaPaPAH  Road_
                    _INdiANtowN, fL  34956_

☑ Individual capacity          ☐   Official capacity

Defendant No. 2

United States District Court                    General Civil Case Filing Requirements
Southern District of Florida

Name               James VoiPelletto
Job or Title       SeRGeant
(if known)

Shield Number      _____

Employer           MARTiN correctional INStituTion
Address            1150 S.W AllaPaPAH Road
                   INdiANtown, FL 34956

☑ Individual capacity        ☐ Official capacity

Defendant No. 3

Name               CAMeRoN SHort
Job or Title       officeR
(if known)

Shield Number      _____

Employer           MARtiN correctional Institution
Address            1150 S.W AllaPaPAH Road
                   INdiANtown, FL 34956

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

Name               BriaN babcock
Job or Title       officer
(if known)

Shield Number      _____

Employer           MARtiN correctional Institution
Address            1150 S.W AllaPaPAH Road
                   INdiANtown, FL 34956

☑ Individual capacity        ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388

Defendant No. 5
Name -         MARie Avant

Job oR Title -   officeR
(If) Known

SHield Number -

EMPloyer -  MARtiN correctional Institution

Address - 1150 s.w Allapapah Road
              INdiAN town, FL 34956

☑ Individual cApacity  ☐ official cApacity

Defendant No. 6
Name -        LAN Porteous

Job oR Title -     officer
(If Known)

Shield Number -

EMPloyer -   MARtiN correctional Institution

Address - 1150 s.w Allapapah Road
              INdiAN town, FL 34956
☑ Individual capacity   ☐ official capacity

Defendant No. 7
Name- James foster

Job oR Title- officer
(If Known)

Shield Number-

EMPloYeR-MARtiN correctional Institution

Address- 1150 s.w AllaPalAH Road
          INdiAN towni FL 34956
☑ Individual capacity  ☐ official capacity

Defendant No. 8
Name- JuNioR GARLobo

Job oR Title SeRGeant
(If Known)
Shield Number-
EMPloYer-MARtiN correctional Institution

Address- 1150 s.w AllaPalAH Road
          INdiAN town, FL 34956
☑ Individual capacity  ☐ official capacity

Defendant No. 9

Name - chester Merrill

Job or Title - SeRGeant
(If Known)

Shield Number

Employer- MARtiN correctional Institution

Address- 1150 Sow AllaPaPAH Road
          INdiAN town, FL 34956

☑ Individual capacity  ☐ official capacity

United States District Court                                General Civil Case Filing Requirements
Southern District of Florida

(1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

☑     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or
immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If
you are suing under section 1983, what federal constitutional or statutory right(s) do
you claim is/are being violated by state or local officials?

Plaintiff ● Eighth Amendment Right
was violated by All defendants Name, the
Complaint as a Result of the Physical abuse sustained

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain
constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do
you claim is/are being violated by federal officials?

_____

_____

_____

D.     Section 1983 allows defendants to be found liable only when they have acted
"under color of any statute, ordinance, regulation, custom, or usage, of any State or
Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under
section 1983, explain how each defendant acted under color of state or local law.  If
you are suing under *Bivens*, explain how each defendant acted under color of
federal law.  Attach additional pages if needed.

Defendant. GARLobo, Short, foster, Porteous, Babcock, Merrill,
VolPelletto, Avant, scarPati. Each Failed to Intervene
to Prevent the abuse Inflicted by the others see Attachment

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that*

United States District Court                                   General Civil Case Filing Requirements
Southern District of Florida

*apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of all
relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.
If more than one claim is asserted, number each claim and write a short and plain statement
of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where
and when they arose.

_____

_____

_____

B.   If the events giving rise to your claim arose in an institution, describe where and
when they arose.

ON 5-17, 2018 MARtiN corrfectional Institution
TiMe 7:00 PM

C.   What date and approximate time did the events giving rise to your claim(s) occur?

5-17-2018 approximate 7:00 PM

_____

_____

Attachment

D.

Though each had the ability to do so. Each of the officers Inflicted significant Injuries on Plaintiff At the Time of the Physical abuse, Plaintiff was cuffed and choking on chemicals, was complaint with commands and Represented No threat. The Misconduct of the Defendants was under color of state Law by state Actors, within the course and scope of their Employment

59

United States District Court          General Civil Case Filing Requirements
Southern District of Florida

     D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was Physical assaulted by All defendants Name and the complaind the outside CAMeR's will Show this brutal beating officer MS. Wilkson seen this Attack and John DoE All defendants failed to INtervene to stop the brutal assault

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

M.R.I's was Taken of the Plaintiffs Head And left eye was Swollen Shut Teeth was beat out And Sustained PeRManent DAMages due To the BLVNt force TRAUMA sustained by The Defendants

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory damages aganst defendants Sued Individually, Nominal damages for InJuries that avalify as "de minimis, Punitive damages defendants sued Individually. Post-Judgment Interest, A Trial by JuRY on All Issues So Triable such other Relief as Justice my Reavire.

United States District Court                    General Civil Case Filing Requirements
Southern District of Florida

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_MARtiN correctional Institution_

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑   Yes

☐   No

☐   Do not know

If yes, which claim(s)?   _Excessive force_

United States District Court                                  General Civil Case Filing Requirements
Southern District of Florida

_____

_____

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your
      claim(s) arose concerning the facts relating to this complaint?

      ☑    Yes

      ☐    No

      If no, did you file a grievance about the events described in this complaint at any
      other jail, prison, or other correctional facility?

      ☐    Yes

      ☐    No

E.    If you did file a grievance:

      1.    Where did you file the grievance?

            Charlotte correctional Institution
            _____

            _____

            _____

      2.    What did you claim in your grievance?

            That I was beat For 20 minutes
            with Hand cuffs on behind my back
            bent to the Ground with Defendant's
            Kicking me and striking me with there fist and
            other weapons

      3.    What was the result, if any?

            NONE
            _____

            _____

            _____

United States District Court          General Civil Case Filing Requirements
Southern District of Florida

    4.     What steps, if any, did you take to appeal that decision?  Is the grievance
            process completed?  If not, explain why not.  *(Describe all efforts to appeal
            to the highest level of the grievance process.)*

            I appeal All Grievance to the
            Highest level To FDOC, Tallahassee

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here:

    2.     If you did not file a grievance but you did inform officials of your claim,
            state who you informed, when and how, and their response, if any:

G.     Please set forth any additional information that is relevant to the exhaustion of your
         administrative remedies.

         *(Note:  You may attach as exhibits to this complaint any documents related to the
         exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal
court without paying the filing fee if that prisoner has "on three or more prior occasions,

United States District Court             General Civil Case Filing Requirements
Southern District of Florida

while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

     ☒ Yes

     ☐ No

Dont understand what is being ask

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.



uNiteD states DisTRict court southern DistRict of FLoRidA case close on 04/30/2021

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

     ☐ Yes

     ☒ No

Dont understand what is being ask

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.     Parties to the previous lawsuit

        Plaintiff(s)     _____

        Defendant(s)     _____

    2.     Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.     Docket or index number

        _____

United States District Court                                    General Civil Case Filing Requirements
Southern District of Florida

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐     Yes

☐     No

If no, give the approximate date of disposition. _____

7.     What was the result of the case?  *(For example:  Was the case dismissed? Was judgment entered in your favor?  Was the case appealed?)*

_____NA_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑     Yes

☐     No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s)  Jeffery L. Haynes J.R

Defendant(s)  Albert Scarpati, et, al

2.     Court *(if federal court, name the district; if state court, name the county and State)*

United States District court Southern District of florida

United States District Court            General Civil Case Filing Requirements
Southern District of Florida

3.     Docket or index number

4.     Name of Judge assigned to your case

Rodolfo A. Ruiz, II

5.     Approximate date of filing lawsuit

1/8/2021

6.     Is the case still pending?

☐    Yes

☑    No

If no, give the approximate date of disposition. Case closed on 4/30/2021

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Case was dismissed do to Plaintiff failed to File His complaint Properly

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.    For Parties Without an Attorney

Jeffery Haynes

United States District Court                    General Civil Case Filing Requirements
Southern District of Florida

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _12, 27, 2021_.

Signature of Plaintiff      _Jeffery L. Haynes J.R_
Printed Name of Plaintiff   _Jeffery L. Haynes J.R_
Prison Identification #     _K-72806_
Prison Address   _black water C.F 5914 JeFFAtes Road_
                 _Milton         FL         32583_
                 City                 State              Zip Code

**B.    For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

**68**